**Joseph Kenneth NEWBOLD, Petitioner—Appellant,**

v.

**Patricia STANSBERRY, Warden, Respondent—Appellee.**

No. 09–6304.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 5, 2009.

Joseph Kenneth Newbold, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Kenneth Newbold, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Newbold v. Stansberry,* No. 1:08–cv–01266–LO–JFA, 2009 WL 86740 (E.D. Va. filed Jan. 12, 2009; entered Jan. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*